# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JESUS RAY BROADIE,

    Plaintiff,

    v.                                     Case No. 07-C-743

DON STROHOTA, MICHAEL THURMER,
BRUCE A. SIEDSCHLAG, LT. BRENNER,
BELINDA SCHRUBBE, ANGELIA KNOLL,
MICHAEL BENSZACK, LT. SMITH,
WARDEN MICHAEL MEISNER, and SANDY HAUTAMAKI,

    Defendants,

## DECISION AND ORDER

On April 21, 2008, I ordered plaintiff to file an amended complaint on or before May 21, 2008 and warned him that failure to do so might result in dismissal of this action for failure to prosecute. See Civil L.R. 41.3 (E.D. Wis.). Plaintiff has not filed anything in this case since the Order of April 21, 2008.

**For the foregoing reasons,**

**IT IS THEREFORE ORDERED** that this action is dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment dismissing plaintiff's claims and this action.

Dated at Milwaukee, Wisconsin, this 14 day of July, 2008.

                                                  /s_____
                                                  LYNN ADELMAN
                                                  District Judge